UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE W. LANG,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:21-CV-194-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $7,322.74 ($7,300.00 in attorney's fees plus $22.74 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiffs assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on December 8, 2022, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Dianne Samu | (via CM/ECF electronic notification) |

DATE:                                  PETER A. MOORE, JR., CLERK
December 8, 2022               (By)  /s/ Nicole Sellers
                                                Deputy Clerk