UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE W. LANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CORRECTED** |
| v. ) | **JUDGMENT** |
| ) | **ON ATTORNEY FEES** |
| KILOLO KIJAKAZI, ) | 7:21-CV-194-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $25,000.00 and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

**This judgment filed and entered on June 21, 2023, and served on:**
Jonathan Miller (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)

June 21, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk